WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KENNETH AYERS**,             CV # 05-1912-HA

    Plaintiff,

vs.                        ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

Attorney fees in the amount of $5,850.00 and expenses in the amount of $9.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $250.00 are awarded pursuant to 28 U.S.C. § 1920.

DATED this _14_ day of _December_, 2006.

_____
United States District Judge

Submitted on December 5, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1