WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'08 OCT 24 10:03USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**KENNETH AYERS,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV 05-1912-HA

ORDER

---

Attorney fees in the amount of $10,850.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $5,850.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The agency has released the "fee" money to the claimant, so the attorney will collect the fee directly from the claimant (in the net amount of $5,000.00 after applying the EAJA fee offset).

DATED this 24 day of Oct, 2008.

                      _/s/ signature_
                      United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

**ORDER - Page 1**